UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS,<br><br>    Respondent. | Case No. 20-cv-04657-SI<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 3 |

Petitioner commenced this action by filing a petition for writ of error coram nobis to attempt to set aside his 1991 state court conviction. He later filed a request to withdraw his petition without prejudice. The request to withdraw the petition is construed to be a request for voluntary dismissal of the action and is GRANTED. Docket No. 3. This action is dismissed. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 2, 2020

_Susan Illston_
SUSAN ILLSTON
United States District Judge