UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY,<br>　　　　Petitioner,<br>　　v.<br>RONALD DAVIS,<br>　　　　Respondent. | Case No. 20-cv-04657-SI<br><br>**JUDGMENT** |

　　This action is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 2, 2020

_____
SUSAN ILLSTON
United States District Judge